**No. 52750.**—L. Goorevich et al. *v.* United States, protests 52644–K, etc. (San Francisco).

Opinion by OLIVER, C. J.   It was stipulated that certain items of the merchandise are similar in all material respects to the articles the subject of *Rolls Razor, Inc.* v. *United States* (6 Cust. Ct. 271, C. D. 480) and Abstract 51306. The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 52751.**—Chinese Art Co. et al. *v.* United States, protests 71887–K, etc. (New York).

Opinion by OLIVER, C. J.   It was stipulated that the merchandise consists of mah jong sets and other articles similar in all material respects to the synthetic resin articles which were the subject of Abstracts 45795 and 49907.   The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 52752.**—Pacific Dry Goods Co. *v.* United States, protest 81573–K (San Francisco).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the puzzles are similar to those the subject of Abstract 40057, the claim at 33⅓ percent under paragraph 412 was sustained.

**No. 52753.**—Chong Kee Jan & Co. *v.* United States, protest 994467–G (San Francisco).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of paper snakes similar to those involved in Abstract 50981, the claim at 45 percent under paragraph 409 was sustained.